AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 06, 2024**

SEAN F. McAVOY, CLERK

CLAYTON B.,
  *Plaintiff*
  v.
MARTIN O'MALLEY,
Commissioner of Social Security,
  *Defendant*

Civil Action No. 2:23-cv-00273-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The ALJ's nondisability decision is AFFIRMED.
The parties' Briefs, ECF Nos. 8 and 12, are TERMINATED.
JUDGMENT entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   EDWARD F. SHEA   on parties' briefs.

Date: 03/06/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lilly Savchuk
          *(By) Deputy Clerk*
Lilly Savchuk